UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| | ) | |
| Conservation Law Foundation, Inc. | ) | |
| | ) | Case No. 1:17-cv-00031-JL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Malcolm Bradsher Co., Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Joint Motion for 14-Day Extension of Defendant's Time to Answer or Otherwise Respond**

Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendant Malcolm Bradsher Co., Inc.,  jointly move that this Honorable Court extend the time for Defendant to answer or otherwise respond to CLF's complaint by two weeks. Defendant's answer or other response is currently due on or before June 22, 2017; the parties respectfully request that this deadline be extended to July 6, 2017.

Plaintiff's undersigned counsel is authorized to state that this motion is made jointly on behalf of both parties to this action.

Respectfully submitted on this 22nd day of June, 2017,

Conservation Law Foundation, Inc.

By its attorney:

/s/ Zachary K. Griefen

Zachary K. Griefen, NH Bar No. 265172
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x4011
zgriefen@clf.org

**CERTIFICATE OF E-SERVICE**

I hereby certify that the Parties' foregoing Joint Motion for Extension of Defendant's time to Answer or Otherwise Respond, filed electronically through the ECF system with the Court on June 22, 2017, has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies (or, by agreement of parties, electronic copies via email) will be sent to those indicated as non-registered participants, if any, on June 22, 2017.


/s/ Zachary K. Griefen
Zachary K. Griefen, NH Bar No. 265172
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
Telephone: 802. 223.5992 x4011
Facsimile: 802.223.0060
Email: zgriefen@clf.org