UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| Conservation Law Foundation, Inc. | ) | |
| | ) | Case No. 1:17-cv-00031-JL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Malcolm Bradsher Co., Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Now comes Plaintiff Conservation Law Foundation, and hereby provides notice of its dismissal of the above-captioned action before the opposing party has served either an answer or a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no court order is required to effect the dismissal of this action.

Respectfully submitted on this 28th day of July, 2017.

Conservation Law Foundation, Inc.

By its Attorney:

/s/ Zachary K. Griefen
Zachary K. Griefen, NH Bar No. 265172
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
Telephone: 802. 223.5992 x4011
zgriefen@clf.org

1

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing Notice of Dismissal, filed today through the ECF

system, will be sent electronically today to the registered participants as identified on the Notice

of Electronic Filing. Copies of the as-filed documents will sent to any non-registered participants

today.

/s/ Zachary K. Griefen
Zachary K. Griefen, NH Bar No. 265172
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
Telephone: 802. 223.5992 x4011
zgriefen@clf.org

Dated: July 28, 2017